# United States District Court

Southern **DISTRICT OF** California

2007 NOV 13 AM 11: 59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Express Mail parcel # EB677124484US addressed to Heather W., 5000 Tibbit Rd., Burke, VA 22015. The parcel listed the return information of Derek Belamy, 201 S. Midway Dr., Escondido, CA 92127 | **SEARCH WARRANT** CASE NUMBER: '07 MJ 2651 |

TO: Ana L. Flores, Postal Inspector        and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail parcel # EB677124484US addressed to Heather W., 5000 Tibbit Rd., Burke, VA 22015. The parcel listed the return information of Derek Belamy, 201 S. Midway Dr., Escondido, CA 92127 92108 which is in the custody of the U.S. Postal Inspection Service.

in the Southern                    District of California                    there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                        U. S. Judge or Magistrate
as required by law.

                                at   San Diego, CA
Date and Time Issued                 City and State

        U.S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-2-07 | 11-2-07  5:05 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**
Postal Inspectors A. Flores and S. Machin

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Parcel # EB677124484US

Exterior envelope was a Ready Post envelope which contained a Tyvek priority mailing envelope which contained a t-shirt wrapped around a plastic baggie which contained a green leafy substance which field tested positive for marijuana which weighed approximately 35 grams.

[signature] 11/2/07

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature] Ana Ceres

Subscribed, sworn to, and returned before me this date.

[signature]  11/13/07
U.S. Judge                        Date